## Bessie Simon, Appellant, v. Paula Balasic and Alfred Balasic, Appellees.

### Gen. No. 41,847. 

 opinion filed February 10, 1942. Jacob Levy, for appellant; Edward McTiernan, of counsel; Max M. & Samuel Grossman, for appellee; Sid Mogul, of counsel. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''

## Louise M. Ziebell, Appellee, v. Town of Bremen, Appellant.

### Gen. No. 41,958. 

 opinion filed February 10, 1942. Arthur H. Grosskopf, for appellant; Francis A. Harper, for appellee. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''